**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-cr-20317-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR SALEH

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO**
**MODIFY CONDITIONS OF SUPERVISED RELEASE**

**THIS CAUSE** is before the Court upon Defendant's Unopposed Motion to Modify Conditions of Supervised Release ("Motion"), ECF No. [54], filed on March 3, 2025. The Court has reviewed the Motion, the record, and is otherwise duly advised. Accordingly, it is **ORDERED AND ADJUDGED** that the Defendant's Motion is **GRANTED**. **ECF No. [54].** The Defendant is permitted to work as an operations manager at Hospitalist Medicine Group in Naples, Florida.

**DONE AND ORDERED** in Chambers in Miami, Florida on March 4, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record